JAMES A. YORO, SB# 86768
ERICA M. SCOTT, SB# 292512
Chain │ Cohn │ Stiles
1430 Truxtun Ave, Suite 100
Bakersfield, CA 93301
P: (661) 323-4000
F: (661) 283-6969

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BRYANNA M. CLEGG,           ) | **Case No.: 1:13-cv-01476-GSA** |
| )  | |
| Plaintiff,      ) | STIPULATION FOR A FIRST EXTENSION |
| )  | OF TIME FOR PLAINTIFF TO SERVE HER |
| vs.         ) | CONFIDENTIAL LETTER BRIEF; ORDER |
| )  | THEREON |
| Commissioner of Social Security, ) | |
| )  | |
| Defendant.    ) | |
| _____) | |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have a first extension, or until March 14, 2014, in which to file the Appellant's Confidential Letter Brief.

    This is Plaintiff's first request for an extension of time in this matter. Plaintiff needs additional time to further review the file and prepare response to this matter.

Dated: 2/12/14                                          By:     /s/ James A. Yoro
                                                        JAMES A. YORO
                                                        Attorney for Plaintiff


                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

1

Dated:  2/12/14                                              By:     /s/ Susan L. Smith
                                                                    (As authorized via phone)
                                                                    SUSAN L. SMITH
                                                                    Social Security Administration
                                                                    Attorneys for Defendant

## **ORDER**

Based on the parties' stipulation set forth above, Plaintiff is granted an extension of time for serving her confidential letter brief.  Accordingly, Plaintiff shall serve her confidential letter brief on the Commissioner of Social Security on or before March 14, 2014.  All other applicable deadlines in the Court's Scheduling Order shall be extended accordingly.  (Doc. 6).


IT IS SO ORDERED.

   Dated:   **February 13, 2014**                              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE