JAMES A. YORO, SB# 86768
Chain │ Cohn │ Stiles
1430 Truxtun Ave, Suite 100
Bakersfield, CA 93301
P: (661) 323-4000
F: (661) 325-9999

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BRYANNA M. CLEGG, | ) Case No.: 1:13-cv-01476-GSA |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) FOR A FIRST EXTENSION FOR |
| vs. | ) PLAINTIFF TO FILE THE OPENING BRIEF |
| Commissioner of Social Security | ) |
| Defendant | ) |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have a first extension, or until June 18, 2014, in which to file the Appellant's Opening Brief.

    This is Plaintiff's first request for an extension of time in this matter. Plaintiff needs additional time to further review the file and prepare response to this matter.

Dated: 5/15/14                                          By:   /s/ James A. Yoro
                                                              JAMES A. YORO
                                                              Attorney for Plaintiff

                                                              BENJAMIN B. WAGNER
                                                               United States Attorney

Dated:  5/15/14                                              By:     /s/ Susan L. Smith
                                                                     (As authorized via phone)
                                                                     SUSAN L. SMITH
                                                                     Social Security Administration
                                                                     Attorneys for Defendant

## **ORDER**

Pursuant to the above stipulation, Plaintiff shall file her opening brief no later than June 18, 2014.  All other dates in this Court's scheduling order shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **May 16, 2014**                        **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE