1  BENJAMIN B. WAGNER
2  United States Attorney
   DONNA CALVERT
3  Regional Chief Counsel, Region IX
4  Social Security Administration
   SUSAN L. SMITH
5  Special Assistant United States Attorney
6      160 Spear Street, Suite 800
    San Francisco, California 94105
7      Telephone: (415) 977-8973
8      Facsimile: (415) 744-0134
9      Email: Susan.L.Smith@ssa.gov

10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BRYANNA M. CLEGG, | Case No.: 1:13-cv-01476-GSA |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the schedule outlined in the Court's Case Scheduling Order will be extended by thirty (30) days. The Commissioner's Responsive Brief is currently due on July 21, 2014. After this extension, the Commissioner's Responsive Brief will now be due on August 20, 2014.

The undersigned counsel for Defendant seeks this extension due the press of workload including seven briefs due in disability matters in federal district court this month, other general civil litigation in federal district court, and several federal employment matters currently in litigation.

This is the Commissioner's first extension request and is requested in good faith.

                    Respectfully submitted,

Dated: July 21, 2014         By: /s/ *James A. Yoro*
                                         (As authorized by email on 7/21/2014)
                                         JAMES A. YORO
                                         Attorney for Plaintiff

Dated: July 21, 2014         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ *Susan L. Smith*
                                         SUSAN L.SMITH
                                         Special Assistant U. S. Attorney
                                         Attorneys for Defendant

## **ORDER**

The Court adopts the parties' stipulation set forth above. Accordingly, the Commissioner shall file her Responsive Brief on or before August 20, 2014. Other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **July 21, 2014**                /s/ Gary S. Austin
                                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28